# JAMES T VAUGHN CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

**FILED**
**JUL 0 7 2025**
US DIS
DISTRICT...

TO: Cole Donald SBI #:00281479

FROM:  JTVCC Support Services/Business Office- Inmate Accounts

RE:    **6 month / Average Daily Balance Statement**

DATE:    June 26, 2025

---

Attached are copies of your inmate account statements for the months of

December 2024    to    May 2025

**Average daily balance/ 6 months:  $61.76**

---

### Department of Correction Certified Statement

I hereby certify that the appellant named herein has the sum of $48.46 on account to the appellant's credit at the institution where the appellant is confined.  I further certify that the appellant has the following securities to the appellant's credit according to the institution's records:    N/A    .

_Fallon Hurley_ 6/26/25
Designee/Date

_Jennie Ann Kinsey_
Notary/Date 6/26/25

Attachments
Cc: File

JENNIE ANN KINSEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Upon Office

**Run Date:** 06/26/2025 11:18 AM

## Delaware Department of Correction

## Inmate Account Statement

**Location:** JTVCC

**Period From:** 12/01/2024 **To** 06/26/2025

Account # : 00281479          Name: COLE DONALD E          Current Location / Housing:   JTVCC / Bldg 22 Tier C

As of 12/01/2024 Opening Balance:   **$209.21**  As of 12/01/2024 Opening Available Balance*:   **$209.21**

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| 4112470 | 12/02/2024 | Commissary | 208273 | $73.18 | | $0.00 | $136.03 | STATE OF DELAWARE |
| 4123448 | 12/11/2024 | Wages-Institution | | | $13.23 | $0.00 | $149.26 | |
| 4125409 | 12/13/2024 | Commissary | 208599 | $85.13 | | $0.00 | $64.13 | STATE OF DELAWARE |
| 4137178 | 12/27/2024 | Commissary | 208759 | $49.19 | | $0.00 | $14.94 | STATE OF DELAWARE |
| 4140775 | 12/31/2024 | Commissary | 208759 | $3.96 | | $0.00 | $10.98 | STATE OF DELAWARE |
| 4147243 | 01/08/2025 | Visit Cash(GTL) | | | $50.00 | $0.00 | $60.98 | COLE MARCIA |
| 4148991 | 01/08/2025 | Wages-Institution | | | $13.86 | $0.00 | $74.84 | |
| 4151536 | 01/10/2025 | Commissary | 209024 | $53.18 | | $0.00 | $21.66 | STATE OF DELAWARE |
| 4163659 | 01/24/2025 | Commissary | 209242 | $9.37 | | $0.00 | $12.29 | STATE OF DELAWARE |
| 4168826 | 01/31/2025 | Mobile Credit Card(GTL) | 3322 | | $17.00 | $0.00 | $29.29 | Warner Alvana |
| 4176443 | 02/07/2025 | Commissary | 209459 | $22.33 | | $0.00 | $6.96 | STATE OF DELAWARE |
| 4178731 | 02/10/2025 | Wages-Institution | | | $14.49 | $0.00 | $21.45 | |
| 4189407 | 02/21/2025 | Visit Cash(GTL) | | | $78.00 | $0.00 | $99.45 | COLE MARCIA |
| 4196697 | 02/28/2025 | Commissary | 209799 | $79.83 | | $0.00 | $19.62 | STATE OF DELAWARE |
| 4206082 | 03/07/2025 | Wages-Institution | | | $8.19 | $0.00 | $27.81 | |
| 4216282 | 03/19/2025 | Visit Cash(GTL) | | | $53.00 | $0.00 | $80.81 | COLE MARCA |
| 4218730 | 03/21/2025 | Commissary | 210243 | $64.62 | | $0.00 | $16.19 | STATE OF DELAWARE |
| 4238940 | 04/10/2025 | Visit Cash(GTL) | | | $38.00 | $0.00 | $54.19 | COLE M |
| 4240160 | 04/11/2025 | Commissary | 210652 | $41.78 | | $0.00 | $12.41 | STATE OF DELAWARE |
| 4258079 | 05/01/2025 | Commissary | 210917 | $9.26 | | $0.00 | $3.15 | STATE OF DELAWARE |
| 4264099 | 05/06/2025 | Commissary | 210917 | | $10.20 | $0.00 | $13.35 | Refund,STATE OF DELAWARE |
| 4267201 | 05/08/2025 | Wages-Institution | | | $10.13 | $0.00 | $23.48 | |
| 4275119 | 05/15/2025 | Commissary | 211200 | $8.92 | | $0.00 | $14.56 | STATE OF DELAWARE |
| 4280490 | 05/20/2025 | Commissary | | | $2.08 | $0.00 | $16.64 | STATE OF DELAWARE |
| 4283055 | 05/23/2025 | Visit Cash(GTL) | | | $298.00 | $0.00 | $314.64 | COE MARCIA |
| 4292703 | 06/02/2025 | Web Payment Credit Card(GTL) | 1669 | | $50.00 | $0.00 | $364.64 | Ubaidullah Naeem |
| 4293597 | 06/02/2025 | Postage | 211446 | $2.04 | | $0.00 | $362.60 | 5/27/25,STATE OF DELAWARE |
| 4295295 | 06/03/2025 | GTL Tablets | 211405 | $5.00 | | $0.00 | $357.60 | GTL |
| 4295344 | 06/03/2025 | Phone Time | 211406 | $20.00 | | $0.00 | $337.60 | GTL |
| 4296590 | 06/04/2025 | Pay-To | 211437 | $25.00 | | $0.00 | $312.60 | SALTER MICHELLE |
| 4297715 | 06/05/2025 | Keefe Store Purchase | 211538 | $15.33 | | $0.00 | $297.27 | Commissary Order 20827,STATE OF DELAWARE |
| 4298831 | 06/05/2025 | Keefe Store Purchase | 211538 | $84.84 | | $0.00 | $212.43 | Commissary Order 20666,STATE OF DELAWARE |
| 4303906 | 06/09/2025 | Wages-Institution | | | $6.89 | $0.00 | $219.32 | |
| 4310760 | 06/13/2025 | Keefe Store Purchase | 211679 | $127.57 | | $0.00 | $91.75 | Commissary Order 30260,STATE OF DELAWARE |

Page:   1   Of   2

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.

**Run Date:** 06/26/2025 11:18 AM

## Delaware Department of Correction
## Inmate Account Statement

**Location:** JTVCC

**Period From:** 12/01/2024 **To** 06/26/2025

Account # : 00281479

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| 4315301 | 06/17/2025 | IEC-Special Olympics | | $45.00 | | $0.00 | $46.75 | WAWA,STATE OF DELAWARE |
| 4315592 | 06/17/2025 | Keefe Store Purchase | | | $1.71 | $0.00 | $48.46 | Commissary Refund 18818,STATE OF DELAWARE |
| 4315594 | 06/17/2025 | Keefe Store Purchase | 211679 | | $15.33 | $0.00 | $63.79 | Commissary Refund 18820,STATE OF DELAWARE |
| 4319795 | 06/20/2025 | Keefe Store Purchase | | $15.33 | | $0.00 | $48.46 | Commissary Order 43449,STATE OF DELAWARE |

**Total:** $840.86    $680.11

As of 06/26/2025 Current Balance: $48.46    Available Balance*: $48.46

| Total Amount on Hold As of 06/26/2025: | Facility | Medical Copay | Legal | Restitution | Indigent | Room and Board | Others | Court Fees |
|---|---|---|---|---|---|---|---|---|
| | JTVCC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.